CHARLES H. SEELEY, as Receiver of SIDNEY VALVE AND SUPPLY COMPANY, Appellant, *v.* PRENTISS TOOL AND SUPPLY COMPANY, Respondent.

*Seeley* v. *Prestiss Tool & Supply Co.*, 158 App. Div. 853, affirmed. (Argued October 20, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 5, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term on an agreed statement of facts in an action brought under section 65 of the Personal Property Law by the plaintiff as receiver in supplementary proceedings of the Sidney Valve and Supply Company, to recover certain moneys paid by said valve company to the defendant vendor under a contract for the conditional sale of machinery retaken by defendant after default in payment of the purchase price, and not held thirty days after such retaking or sold within the following thirty days at public auction, as required by said statute.

*Thomas B. Merchant* for appellant.

*John M. Perry* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.